In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under the Will of MARY J. WESTERFIELD, Deceased, Respondent. WASHINGTON IRVING LEVY, Special Guardian for JOHN R. WESTERFIELD, JR., and Another, Infants, Appellant.

Argued February 28, 1952; decided March 14, 1952.

*Washington Irving Levy,* appellant in person.

*Arthur W. Siegrist, Albert B. Maginnes* and *Frederic S. Nathan* for respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.